# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alfred James Fabbri Jr. a/k/a Alfred Fabbri a/k/a Alfred Fabbri, Jr. a/k/a Alfred James Fabbri a/k/a Alfred J. Fabbri, Jr. a/k/a Alfred J. Fabrri | BK NO. 22-00228 MJC  Chapter 13 |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
11 Mar 2022, 10:12:28, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322