| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| 3CS | 001082 | 000003 | XN50K | 0091975471 | 1 |

# Earnings Statement 

MIRACLE MOTORS INC DBA JD BYRIDER
601 STATE AVE
EMMAUS, PA 18049

Period Beginning: 12/06/2021
Period Ending: 12/19/2021
Pay Date: 12/28/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

ALFRED FABBRI
117 SOUTH PIONEER AVENUE
SHAVERTOWN PA 18708

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 923.08 | | 923.08 | 7,384.64 |
| Bonus | | | | 2,090.00 |
| **Gross Pay** | | | **$923.08** | 9,474.64 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -57.23 | 587.43 |
| | Medicare Tax | -13.38 | 137.38 |
| | PA State Income Tax | -28.34 | 290.88 |
| | Hanover Twp Local Svc Tax | -2.00 | 24.00 |
| | Kingston Twp Income Tax | -14.31 | 146.88 |
| | PA SUI Tax | -0.55 | 5.68 |
| | Federal Income Tax | | 45.18 |
| | **Net Pay** | | **$807.27** |
| | **Net Check** | | **$807.27** |

Your federal taxable wages this period are $923.08

© 2000 ADP, LLC

MIRACLE MOTORS INC DBA JD BYRIDER
601 STATE AVE
EMMAUS, PA 18049

3CS     60-162/433
Payroll check number: 0091975471
Pay date: 12/28/2021

Pay to the order of: ALFRED FABBRI

This amount: EIGHT HUNDRED SEVEN AND 27/100 DOLLARS     $807.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 875-429-7243
VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK




| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|-----|------|-------|-------|--------|-----|
| 3CS | 001082 | 000003 | XN50K | 0091965231 | 1 |

MIRACLE MOTORS INC DBA JD BYRIDER
601 STATE AVE
EMMAUS, PA 18049

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 11/22/2021 |
| Period Ending: | 12/05/2021 |
| Pay Date: | 12/14/2021 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

ALFRED FABBRI
117 SOUTH PIONEER AVENUE
SHAVERTOWN PA 18708

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 923.08 | | 923.08 | 6,461.56 |
| Bonus | | | | 590.00 |
| Gross Pay | | | $923.08 | 7,051.56 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -57.23 | 437.20 |
| | Medicare Tax | -13.39 | 102.25 |
| | PA State Income Tax | -28.34 | 216.49 |
| | Hanover Twp Local Svc Tax | -2.00 | 18.00 |
| | Kingston Twp Income Tax | -14.31 | 109.32 |
| | PA SUI Tax | -0.55 | 4.23 |
| | Federal Income Tax | | 45.18 |
| | **Net Pay** | **$807.26** | |
| | **Net Check** | **$807.26** | |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

Your federal taxable wages this period are $923.08

© 2000 ADP, LLC

---

MIRACLE MOTORS INC DBA JD BYRIDER
601 STATE AVE
EMMAUS, PA 18049

3CS     60-162/433
Payroll check number: 0091965231
Pay date: 12/14/2021

Pay to the order of: ALFRED FABBRI

This amount: EIGHT HUNDRED SEVEN AND 26/100 DOLLARS    $807.26

ASSISTANCE WITH VERIFICATION — CALL 877-429-7243
VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

THIS IS NOT A CHECK



| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|-----|------|-------|-------|--------|-----|
| 3CS | 001082 | 000003 | XN50K | 0091956585 | 1 |

MIRACLE MOTORS INC DBA JD BYRIDER
601 STATE AVE
EMMAUS, PA 18049

# Earnings Statement 

Period Beginning: 11/08/2021
Period Ending: 11/21/2021
Pay Date: 11/30/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

ALFRED FABBRI
117 SOUTH PIONEER AVENUE
SHAVERTOWN PA 18708

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 923.08 | 923.08 | 5,538.48 |
| Bonus | | | | 590.00 |
| **Gross Pay** | | | **$923.08** | 6,128.48 |

**Important Notes**
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Single
Exemptions/Allowances:
 PA: N/A

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -57.24 | 379.97 |
| | Medicare Tax | -13.38 | 88.86 |
| | PA State Income Tax | -28.34 | 188.15 |
| | Hanover Twp Local Svc Tax | -2.00 | 16.00 |
| | Kingston Twp Income Tax | -14.31 | 95.01 |
| | PA SUI Tax | -0.56 | 3.68 |
| | Federal Income Tax | | 45.18 |
| | **Net Pay** | **$807.25** | |
| | **Net Check** | **$807.25** | |

Your federal taxable wages this period are $923.08

© 2000 ADP, LLC

MIRACLE MOTORS INC DBA JD BYRIDER
601 STATE AVE
EMMAUS, PA 18049

3CS                                   60-162/433
Payroll check number: 0091956585
Pay date: 11/30/2021

Pay to the order of: ALFRED FABBRI

This amount: EIGHT HUNDRED SEVEN AND 25/100 DOLLARS                $807.25

ASSISTANCE WITH VERIFICATION  VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS




| CO. | FILE | DEPT. | CLOCK | NUMBER | 055 |
|---|---|---|---|---|---|
| 3CS | 001082 | 000003 | XN50K | 0091948791 | 1 |

# Earnings Statement 

MIRACLE MOTORS INC DBA JD BYRIDER  
601 STATE AVE  
EMMAUS, PA 18049

Period Beginning: 10/25/2021  
Period Ending: 11/07/2021  
Pay Date: 11/16/2021

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

ALFRED FABBRI  
117 SOUTH PIONEER AVENUE  
SHAVERTOWN PA 18708

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 923.08 | | 923.08 | 4,615.40 |
| **Gross Pay** | | | **$923.08** | 4,615.40 |

**Important Notes**  
BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Taxable Marital Status:  
PA: Single  
Exemptions/Allowances:  
PA: N/A

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -57.23 | 286.15 |
| | Medicare Tax | -13.38 | 66.92 |
| | PA State Income Tax | -28.34 | 141.70 |
| | Hanover Twp Local Svc Tax | -2.00 | 10.00 |
| | Kingston Twp Income Tax | -14.31 | 71.55 |
| | PA SUI Tax | -0.55 | 2.77 |
| | Federal Income Tax | | 45.18 |

**Net Pay**     **$807.27**

**Net Check**     **$807.27**

Your federal taxable wages this period are $923.08

© 2000 ADP, LLC

MIRACLE MOTORS INC DBA JD BYRIDER  
601 STATE AVE  
EMMAUS, PA 18049

3CS     60-162/433  
Payroll check number: 0091948791  
Pay date: 11/16/2021

Pay to the order of: ALFRED FABBRI  
This amount: EIGHT HUNDRED SEVEN AND 27/100 DOLLARS     $807.27

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-429-7243  
VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE  
VOID AFTER 180 DAYS

THIS IS NOT A CHECK


