United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                               Case No. 22-00228-MJC
Alfred James Fabbri, Jr.                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                       User: AutoDocke                                         Page 1 of 1
Date Rcvd: Jun 08, 2022                               Form ID: pdf010                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

**Recip ID**                 **Recipient Name and Address**
                     +   Mary Ellen Fabbri, 117 South Pioneer Avenue, Shavertown, PA 18708-1329

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2022                                Signature:              /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

**Name**                                **Email Address**

Jack N Zaharopoulos (Trustee)
                                      TWecf@pamd13trustee.com

Jason Paul Provinzano
                                      on behalf of Debtor 1 Alfred James Fabbri Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com

Rebecca Ann Solarz
                                      on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

United States Trustee
                                      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alfred James Fabbri Jr. a/k/a Alfred Fabbri a/k/a Alfred Fabbri, Jr. a/k/a Alfred James Fabbri a/k/a Alfred J. Fabbri, Jr. a/k/a Alfred J. Fabrri<br>Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC<br>Movant<br>vs. | NO. 22-00228 MJC |
| Alfred James Fabbri Jr. a/k/a Alfred Fabbri a/k/a Alfred Fabbri, Jr. a/k/a Alfred James Fabbri a/k/a Alfred J. Fabbri, Jr. a/k/a Alfred J. Fabrri<br>Debtor(s)<br>Mary Ellen Fabbri<br>Co-Debtor<br>Jack N. Zaharopoulos<br>Trustee | 11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 117 South Pioneer Avenue, Shavertown, PA 18708 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

By the Court,

_Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: June 8, 2022