In re:  Case No. 22-00228-MJC
Alfred James Fabbri, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 16, 2022 | Form ID: pdf010 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alfred James Fabbri, Jr., 117 S Pioneer Ave, Shavertown, PA 18708-1329 |
| 5459132 | | Byrider Wilkes Barre, 2140 Sans Souci Pkwy, Wilkes Barre, PA 18706-5002 |
| 5461055 | + | Community Bank, P.O. Box 509, Canton, NY 13617-0509 |
| 5459133 | | Community Bank NA, 45-49 Court St, Canton, NY 13617-1179 |
| 5459130 | | Fabbri Alfred James Jr, 117 S Pioneer Ave, Shavertown, PA 18708-1329 |
| 5459135 | | KML Law Group LLC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5459131 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5459134 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 18:46:12 | Goodyear Tire/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5465941 | ^ | MEBN | Jun 16 2022 18:35:52 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5459136 | | Email/Text: camanagement@mtb.com | Jun 16 2022 18:38:00 | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 5466309 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 18:46:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5459137 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 18:46:24 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Jun 16, 2022 | Form ID: pdf010 | Total Noticed: 12 |

Date: Jun 18, 2022  Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Alfred James Fabbri Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Alfred James Fabbri, Jr. | : | Case No.: 5:22-bk-00228-MJC |
| | : | |
| Debtor | : | Motion to Voluntarily |
| | : | Withdraw Case |

**ORDER**

Upon consideration of Debtor's Motion to Voluntarily Withdraw his Chapter 13 Case, said Motion is granted and it is hereby **ORDERED** that the above-captioned case is withdrawn/dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 16, 2022